# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-21553

In re Application of:
Dina Hlace for an Order for
Discovery Pursuant to
28 U.S.C. § 1782.
_____/

ORDER GRANTING *EX PARTE* APPLICATION FOR
DISCOVERY PURSUANT TO 28 U.S.C. § 1782

This matter comes before the Court by an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "1782 Application") by applicant Dina Hlace. Having reviewed the 1782 Application, its supporting Memorandum of Law, and the Declaration of Fabián Rinaldi, the Court is satisfied that the requested discovery is warranted pursuant to 28 U.S.C. § 1782 and the 1782 Application is **GRANTED**.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1.  M. Paula Aguila, Esq., counsel for Dina Hlace, is authorized to issue and serve subpoenas upon BB&T Corporation, Citigroup Inc., HSBC USA Inc., and J.P. Morgan Chase & Co., for the production of documents related to any accounts under the name of Roberto Hlace or the Hlace Trust, and upon any other financial institution within the jurisdiction of this Court into which funds were transferred from those accounts, for the production of documents related to those transfers;

2.  A copy of this Order shall be served with each discovery demand; and

3.  The Court shall retain jurisdiction over this matter for the purpose of enforcing this Order, as appropriate, and assessing any supplemental request for discovery

assistance by the Applicant.

**DONE and ORDERED** in chambers at Miami, Florida, this 24th day of April 2019.

_____
MARCIA G. COOKE
United States District Judge

2