UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE<br><br>REQUEST DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Misc. Case No.: 21-mc-00801 |

## DECLARATION OF DAVID M. LEVINE

I, David M. Levine, declare under penalty of perjury as follows:

1. I am a founding partner of the law firm Sanchez Fischer Levine, LLP, counsel for Dina Hlace (the "Applicant"), and am duly admitted to practice before the United State District Court for the Southern District of New York.

2. I respectfully submit this declaration in support of Applicant's application for discovery pursuant to 28 U.S.C. § 1782 (the "Application"), seeking records from financial institutions located in this District for use in an ongoing civil case pending in the Argentine National Court of First Instance for Civil Matters No. 97, Case No. 32244/2017, filed on May 24, 2017 (the "Argentine Proceeding").

3. A related application was filed in the United States District Court for the Southern District of Florida, which held that Applicant satisfied the requirements of 28 U.S.C. § 1782 and was entitled to discovery from various Florida entities in aid of the Argentine Proceeding. *See In re Application of Dina Hlace for an Order for Discovery Pursuant to 28 U.S.C. § 1782*, Case No. 19-mc-21553- MGC.

1

4. This Application seeks a routine order authorizing certain financial institutions located in this district to provide discovery related to Roberto Hlace and the HM Broker Irrevocable Trust ("Hlace Trust") for use in the Argentine Proceeding.

5. Applicant seeks discovery from the following financial institutions: HSBC USA, Inc., Bank of New York Mellon Corporation, and Citigroup, Inc. (collectively, the "Financial Institutions").

6. Each of the Financial Institutions reside or are found within this District.

7. Attached as **Exhibit A** is a draft document subpoena, to be serve in substantially the same form on HSBC USA, Inc.

8. Attached as **Exhibit B** is a draft subpoena, to be served in substantially the same from on Bank of New York Mellon Corporation.

9. Attached as **Exhibit C** is a draft subpoena, to be served in substantially the same form on Citigroup, Inc.

10. The discovery sought in this Application would be used to support the marshalling of assets in the Argentine Proceeding to which Applicant is a party as the beneficiary of Roberto Hlace's estate and the Hlace Trust.

11. Additionally, the Application seeks discovery in this District for use in Applicant's intended proceeding against the trustees of the estate for misconduct including but not limited to fraud, embezzlement and theft.

I declare under penalty of perjury under the laws of the United States of America that the foreign is true and correct.

Executed on <u>November 2, 2021</u>

<u>/s/ David M. Levine</u>
David M. Levine, Esq.