UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE<br><br>REQUEST DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Civil Action No. 21-Misc. 00801 (JMF)<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF ANTONIA IRAGORRI BERNAL |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Antonia Iragorri Bernal, from the law firm Sanchez Fischer Levine, LLP, hereby moves this Court for admission to practice *pro hac vice* to appear as counsel for Applicant, Dina Hlace, in the above-captioned matter.

I am a member in good standing of The Florida Bar. *See* Exhibit 1, Certificate of Good Standing from The Florida Bar. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. In support of my motion of admission *pro hac vice*, I submit an affidavit in accordance with Rule 1.3(c). *See* Exhibit 2. A proposed order granting this motion is attached as Exhibit 3.

Dated: November 16, 2021  Respectfully submitted,

                                                        **SANCHEZ FISCHER LEVINE LLP**
                                                        1200 Brickell Avenue, Suite 750
                                                        Miami, Florida 33131
                                                        (305) 925-9947

                                                        */s/ Antonia Iragorri Bernal*
                                                        Antonia Iragorri Bernal, Esq.
                                                        Email: airagorri@sfl-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addressed on the attached Electronic Mail Notice List.

*/s/ Antonia Iragorri Bernal*
Antonia Iragorri Bernal Esq.