# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE | Civil Action No. 21-Misc. 00801 (JMF) |
| REQUEST DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | AFFIDAVIT OF ANTONIA IRAGORRI BERNAL IN SUPPORT OF *PRO HAC VICE* MOTION |

I, Antonia Iragorri Bernal, being duly sworn, do hereby state the following:

1. I am an associate with the law firm of Sanchez Fischer Levine, LLP.

2. I submit this affidavit in support of my motion for admission for practice *Pro Hac Vice* in the above-captioned matter on behalf of Applicant Dina Hlace.

3. I have not been convicted of a felony.

4. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

5. There are no disciplinary proceedings presently against me in any state or federal court.

FURTHER AFFIANT SAYETH NAUGHT

_____
**ANTONIA IRAGORRI BERNAL**

**STATE OF FLORIDA** )
 )SS:
**COUNTY OF MIAMI-DADE** )

The foregoing instrument was acknowledged before me this 10th day of November, 2021, by means of [✓] physical presence or [__] online notarization by Antonia Iragorri Bernal. She is personally known to me [✓] or produced _____ as identification [__].

_____
Notary Public, State of Florida

My Commission Expires:

YANIKA NUNEZ
MY COMMISSION # HH 081171
EXPIRES: January 14, 2025
Bonded Thru Notary Public Underwriters