# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE<br><br>REQUEST DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Civil Action No. 21-Misc. 00801 (JMF)<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* OF ANTONIA IRAGORRI BERNAL** |

The motion of Antonia Iragorri Bernal for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of The Florida Bar (Fla. Bar No. 1025034) and has also declared that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Antonia Iragorri Bernal |
| Firm Name: | Sanchez Fischer Levine, LLP |
| Address: | 1200 Brickell Avenue, Suite 750 |
| City / State / Zip: | Miami, Florida 33131 |
| Telephone: | (305) 925-9947 |
| E-mail: | airagorri@sfl-law.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel of Applicant Dina Hlace in the above-captioned action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____                    _____
                                                                  THE HONORABLE
                                                                  UNITED STATES DISTRICT JUDGE