UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Misc. Case No.: 21-mc-00801<br><br>**NOTICE OF COMPLIANCE WITH NOVEMBER 3, 2021 ORDER [ECF NO. 10]** |

PLEASE TAKE NOTICE that Applicant Dina Hlace ("Applicant") has complied with the Court's Order [ECF No. 10] regarding notice to the party or parties against whom the requested discovery is likely to be used. Specifically, Applicant has completed the following:

1. Served a Notice of Intent to Serve Subpoenas, pursuant to Fed. R. Civ. P. 45(a)(4) on Maria Salatino, Hernan Hlace, and Matias Hlace, through their representative Martin Litwak, via process server at 1801 NW 123rd Street, Suite 307, North Miami, Florida 33181 and electronic mail at martin.litwak@untitled-slc.com.[1] Applicant served additional notice on Hernan Hlace and Matias Hlace personally via Federal Express at Gelly 3689, Piso 9, CABA, Buenos Aires, Argentina, as well as through their Argentine legal representatives Enrique Ignacio Brochard and Patricia Pilar Venegas, at Av. Cordoba 1215, Piso 9, CABA, Buenos Aires, Argentina.

2. Served courtesy copies of the following documents on the above named individuals:

    a. Ex Parte Application for Discovery Pursuant to 28 U.S.C. § 1782 [ECF No. 6] with Exhibit A (Order Granting S.D. Florida Application) [ECF No. 6-1];

    b. Memorandum of Law in Support of Ex Parte Application [ECF No. 7] with Exhibit A (Declaration of Juan Arocena) [ECF No. 7-1] and Exhibit B (Proposed Subpoenas) [ECF No. 7-2];

---

[1] *See* Declaration of Service of David M. Levine, attached in support hereto as Exhibit A.

1

    c. Declaration of David M. Levine in Support of Ex Parte Application [ECF No. 8] with Exhibit A (Proposed Subpoena) [ECF No. 8-1]; Exhibit B (Proposed Subpoena) [ECF 8-2]; and Exhibit C (Proposed Subpoena) [ECF No. 8-2];

    d. Proposed Order Granting Ex Parte Application [ECF No. 9]; and,

    e. Order Granting Ex Parte Application [ECF No. 10].

3. Filed proof of serving the above referenced documents on these individuals. *See generally* Ex. A.

Dated: November 30, 2021

Respectfully submitted,

**SANCHEZ FISCHER LEVINE, LLP**
555 Madison Avenue, 5th Floor
New York, New York 10022
(646) 661-2042

*/s/ David M. Levine*
David M. Levine, Esq.
Fla. Bar No. 84431
New York Bar No. 5079942
Email: dlevine@sfl-law.com
Antonia Iragorri, Esq.
*Admitted Pro Hac Vice*
Florida Bar No.: 1025034
Email: airagorri@sfl-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2021, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ David M. Levine*
      David M. Levine, Esq.