# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF DINA HLACE<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782. | Misc. Case No.: 21-mc-00801<br><br>**DECLARATION OF SERVICE** |

I, David M. Levine, am over 18 years of age and am not a party to the above-captioned proceedings. I am a partner of Sanchez Fischer Levine, LLP, counsel for the Applicant. I hereby declare, pursuant to 28 U.S.C. § 1746 as follows:

1. On November 19, 2021, pursuant to this Court's November 3, 2021 Order [ECF No. 10], I caused true and correct copies of the following papers to be served on Maria Salatino, Hernan Hlace and Matias Hlace, through their representative Martin Litwak, via email at martin.litwak@untitled-slc.com:

   a. Ex Parte Application for Discovery Pursuant to 28 U.S.C. § 1782 [ECF 6] with Exhibit A (Order Granting S.D. Florida Application) [ECF 6-1];

   b. Memorandum of Law in Support of Ex Parte Application [ECF 7] with Exhibit A (Declaration of Juan Arocena) [ECF 7-1] and Exhibit B (Proposed Subpoenas) [ECF 7-2];

   c. Declaration of David M. Levine in Support of Ex Parte Application [ECF 8] with Exhibit A (Proposed Subpoena) [ECF 8-1]; Exhibit B (Proposed Subpoena) [ECF 8-2]; and Exhibit C (Proposed Subpoena) [ECF 8-2];

   d. Proposed Order Granting Ex Parte Application [ECF 9]; and,

   e. Order Granting Ex Parte Application [ECF 10].

A true and correct copy of the November 19, 2021 email is attached hereto as **Exhibit 1**.

2. On November 23, 2021, I caused true and correct copies of the above-referenced papers to also be served on Maria Salatino, Hernan Hlace, and Matias Hlace, through their counsel Martin Litwak, via process server at 1801 NW 123rd Street, Suite 307, North Miami, Florida 33181. Such service was accepted through an employee at this location who stated that she was authorized to accept service for Maria Salatino, Hernan Hlace, and Matias Hlace. A true and correct copy of the return of service is attached hereto as **Exhibit 2**.

3. On November 19, 2021, I caused true and correct copies of the above-referenced papers to also be served on Hernan Hlace and Matias Hlace through their Argentine legal representatives, Enrique Ignacio Brochard and Patricia Pilar Venegas, via Federal Express at Av. Cordoba 1215, Piso 9, CABA, Buenos Aires, Argentina. *See* FedEx Tracking and Delivery Confirmation (delivered on November 26, 2021), attached hereto as **Exhibit 3**.

4. On November 24, 2021, I caused true and correct copies of the above-referenced papers to also be served on Hernan Hlace and Matias Hlace, personally, via Federal Express at Gelly 3689, Piso 9, CABA Buenos Aires, Argentina. *See* FedEx Tracking and Delivery Confirmation (delivered on November 26, 2021), attached hereto as **Exhibit 4**.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 30, 2021

_____
David M. Levine