# EXHIBIT 3



# TRACK ANOTHER SHIPMENT

286363150847
ADD NICKNAME

## Delivered
Friday, 11/26/2021 at 1:48 pm

**DELIVERED**
Signed for by: P.BENE GAS

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

**FROM**
MIAMI, FL US

**TO**
BUENOS AIRES, BA AR

## Travel History

**TIME ZONE**
Local Scan Time

**Friday, November 26, 2021**

| | | |
|---|---|---|
| 1:48 PM | BUENOS AIRES AR | Delivered |

**Thursday, November 25, 2021**

| | | |
|---|---|---|
| 4:25 PM | MARTINEZ AR | Ready for recipient pickup<br>Package available for pickup at: AVE LIBERTADOR 14368 |

**Wednesday, November 24, 2021**

| | | |
|---|---|---|
| 7:10 PM | BUENOS AIRES AR | At local FedEx facility |

**Tuesday, November 23, 2021**

| | | |
|---|---|---|
| 6:12 PM | BUENOS AIRES AR | At local FedEx facility |
| 2:26 PM | BUENOS AIRES AR | Operational Delay<br>Incorrect Address |

| | | |
|---|---|---|
| 9:50 AM | BUENOS AIRES AR | On FedEx vehicle for delivery |
| 9:05 AM | BUENOS AIRES AR | At local FedEx facility |
| 6:41 AM | EZEIZA AR | In transit<br>Package available for clearance |
| 1:22 AM | EZEIZA AR | At destination sort facility |

**Monday, November 22, 2021**

| | | |
|---|---|---|
| 5:20 PM | CAMPINAS BR | In transit |

**Saturday, November 20, 2021**

| | | |
|---|---|---|
| 8:32 PM | CAMPINAS BR | Operational Delay |
| 8:32 PM | MEMPHIS, TN | Departed FedEx hub |
| 8:32 PM | MEMPHIS, TN | In transit |
| 6:17 AM | MEMPHIS, TN | Departed FedEx hub |
| 4:41 AM | MEMPHIS, TN | In transit |
| 3:02 AM | MEMPHIS, TN | In transit |
| 2:30 AM | MEMPHIS, TN | In transit |
| 12:48 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Friday, November 19, 2021**

| | | |
|---|---|---|
| 8:44 PM | MIAMI, FL | Left FedEx origin facility |
| 7:11 PM | MIAMI, FL | Picked up |
| 5:53 PM | MIAMI, FL | Picked up<br>Tendered at FedEx Office |
| 4:51 PM | | Shipment information sent to FedEx |

Collapse History

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 286363150847 | International Priority | 1.3 lbs / 0.59 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| FedEx Location | 1 | 1.3 lbs / 0.59 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Third Party | FedEx Envelope | Deliver Weekday |

| SHIP DATE | STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|---|

11/19/21 ⓘ             11/25/21 before 6:00 pm ⓘ             11/26/21 at 1:48 pm