# EXHIBIT 4



TRACK ANOTHER SHIPMENT

286563220371
ADD NICKNAME

Delivered
Friday, 11/26/2021 at 2:33 pm

**DELIVERED**
Signed for by: S.SALEN
GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

Direct signature required

**FROM**  MIAMI, FL US

**TO**  BUENOS AIRES, BA AR

Travel History

TIME ZONE
Local Scan Time

**Friday, November 26, 2021**

| Time | Location | Status |
|---|---|---|
| 2:33 PM | BUENOS AIRES AR | Delivered |
| 9:59 AM | BUENOS AIRES AR | On FedEx vehicle for delivery |
| 9:32 AM | BUENOS AIRES AR | At local FedEx facility |
| 5:12 AM | EZEIZA AR | In transit<br>Package available for clearance |
| 1:54 AM | EZEIZA AR | At destination sort facility |

**Thursday, November 25, 2021**

| Time | Location | Status |
|---|---|---|
| 7:25 PM | CAMPINAS BR | In transit |
| 4:08 PM | MEMPHIS, TN | Departed FedEx hub |
| 4:08 PM | MEMPHIS, TN | In transit |

| | | |
|---|---|---|
| 3:31 AM | MEMPHIS, TN | Departed FedEx hub |
| 3:26 AM | MEMPHIS, TN | In transit |
| 1:19 AM | MEMPHIS, TN | In transit |
| 12:12 AM | MEMPHIS, TN | In transit |

**Wednesday, November 24, 2021**

| | | |
|---|---|---|
| 8:10 PM | MIAMI, FL | Left FedEx origin facility |
| 5:33 PM | MIAMI, FL | Picked up |
| 3:55 PM | | Shipment information sent to FedEx |
| 4:55 PM | MIAMI, FL | At FedEx origin facility |
| 4:55 PM | MIAMI, FL | In FedEx possession<br>Package received after final location pickup has occurred. Scheduled for pickup next business day. |

Collapse History ⌃

## Shipment Facts

| **TRACKING NUMBER**<br>286563220371 | **SERVICE**<br>International Priority | **WEIGHT**<br>1.3 lbs / 0.59 kgs |
|---|---|---|
| **DELIVERED TO**<br>Residence | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>1.3 lbs / 0.59 kgs |
| **TERMS**<br>Third Party | **PACKAGING**<br>FedEx Pak | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery, Direct Signature Required |
| **SHIP DATE**<br>11/26/21 ⓘ | **SIGNATURE SERVICES**<br>Direct signature required ⓘ | **STANDARD TRANSIT**<br>12/1/21 before 9:00 pm ⓘ |
| **ACTUAL DELIVERY**<br>11/26/21 at 2:33 pm | | |