

January 10, 2022

DAVID M LEVINE ESQ
555 MADISON AVENUE
5TH FLOOR
NEW YORK, NY  10022
646-661-2024

SUBJECT:   HLACE TRUST
           Our Case No: 3879114
           Reference No 21MC00801

Dear DAVID M LEVINE ESQ:

We have attempted to contact you via telephone on 2022-01-10 in reference to the Subpoena received by HSBC Bank USA, N.A. on the above matter. Please contact us at your earliest convenience to discuss the possibility of extending the date for which we are required to respond. Although we have begun to research and gather the records responsive to your subpoena, some items require extensive research and may take longer to obtain.

Thank you for your consideration. Our telephone number is (877)874-2403. Our Fax number is (716)841-7651.

Sincerely,

*K.V. [signature]*

Ponnappa.K.V.

Legal Paper Processing Department

Enclosure(s)

Civil Subpoena

**HSBC Bank, USA, NA**
P.O. Box 1145, Buffalo, NY 14240

SUB056



**dlevine@sfl-law.com**  🔒 Authenticated by hsbc.com  ✅ Valid Signature

| | |
|---|---|
| **From:** | dlevine@sfl-law.com |
| **To:** | valerie m petty@us hsbc com |
| **Cc:** | rita.s.kimbrough@us.hsbc.com, us.hbus.subpoenas@us.hsbc.com |
| **Sent:** | Feb 11, 2022 2 27 36 PM GMT |
| **Subject:** | RE: EXTERNAL: RE: Civil Action No. 21-MC-00801 HSBC Case #3882323 |

Good morning Valerie,

We have not yet received any correspondence from HSBC Bank USA, N.A. Could you please either email us the letter or send it to our Miami Office located at 1200 Brickell Avenue, Suite 750, Miami, Florida 33131 c/o David M. Levine.

Thank you

Best regards

> **From:** valerie.m.petty@us.hsbc.com
> **Sent:** Fri Feb 11, 2022 9:22 AM
> **To:** dlevine@sfl law.com
> **Cc:** rita.s.kimbrough@us.hsbc.com, us.hbus.subpoenas@us.hsbc.com
> **Subject:** RE: EXTERNAL: RE: Civil Action No. 21 MC 00801 HSBC Case #3882323
>
> Good Morning,
>
> HSBC Bank USA, N A  sent a letter out to you in response to the subpoena around 02/03 22   Please confirm you received it.  If  you did not receive it please let me know and I can send it to you.
>
> Thank You,
>
> Valerie
>
> **From:** dlevine@sfl-law.com <dlevine@sfl-law.com>
> **Sent:** Thursday, February 10, 2022 9 32 AM
> **To:** dlevine@sfl-law.com; Valerie M Petty <valerie.m.petty@us.hsbc.com>
> **Cc:** Rita S Kimbrough   rita s kimbrough@us hsbc com  ; US HBUS Subpoenas   us hbus subpoenas@us hsbc com
> **Subject:** EXTERNAL: RE: Civil Action No. 21-MC-00801 HSBC Case #3882323

Good morning Valerie,

As you are most likely aware, the subpoena issued to HSBC had a return date of February 2, 2022. As such, I am writing to inquire about the status of the production, as it is now seven days past the deadline

Please let us know if you require any additional information from our end to facilitate your search and/or production.

Thank you in advance


Best regards

> **From:** dlevine@sfl-law.com
> **Sent:** Thu Jan 20, 2022 10:12 AM
> **To:** valerie.m.petty@us.hsbc.com
> **Cc:** rita.s.kimbrough@us.hsbc.com, us.hbus.subpoenas@us.hsbc.com
> **Subject:** RE: Civil Action No. 21-MC-00801 HSBC Case #3882323
>
> Good Morning Valerie,
>
> Please see the information requested below:
>
> Name   Roberto Hlace
>
> SSN:          6322
>
> DOB           1950
>
> Address:              Buenos Aires, 1425 Argentina
>
> Additionally, we are aware of the following HSBC bank account numbers which may assist in narrowing your search:
>
> - Account #        426 9
> - Account #:       563-4
> - Account #       1588
>
> Please let us know if you require any additional information. Thank you.
>
> Best regards
>
>> **From:** valerie.m.petty@us.hsbc.com
>> **Sent:** Thu Jan 20, 2022 9:58 AM
>> **To:** dlevine@sfl-law.com
>> **Cc:** rita.s.kimbrough@us.hsbc.com, us.hbus.subpoenas@us.hsbc.com
>> **Subject:** Civil Action No. 21-MC-00801 HSBC Case #3882323
>>
>> Good Morning,
>>
>> HSBC Bank USA, N A  is in receipt of a subpoena regarding the above matter and are currently working on the subpoena response.  In order to complete our search, we are in need of additional information.  Can you please provide us the social security number, address, and date of birth associated with the individual listed on the subpoena.  Please reply to all when responding back.  Thank You.

Case 1:21-mc-00801-JMF   Document 14-2   Filed 03/21/22   Page 4 of 6

## Valerie M Petty

Senior Regulatory Operations Representative | Legal Paper Processing | Digital Business Services
HSBC Bank N.A.
2929 Walden Ave Depew, NY

_____

Phone   855-334 1650 ext  6505

Email   valerie.m.petty@us.hsbc.com

RESTRICTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This E mail is confidential  It may also be legally privileged  If
you are not the addressee you may not copy, forward, disclose or
use any part of it  If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E mail

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SAVE PAPER   THINK BEFORE YOU PRINT!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message originated from the Internet  Its originator may or
may not be who they claim to be and the information contained in
the message and any attachments may or may not be accurate
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus free  The sender does not accept liability for any

> errors or omissions.
> ***************************************************************
> SAVE PAPER - THINK BEFORE YOU PRINT!

🔒 Email Encryption Provided by Voltage SecureMail.

**Copyright HSBC Holdings plc 2010 - 2014. All rights reserved.**



February 03, 2022

DAVID M LEVINE ESQ
555 MADISON AVENUE
5TH FLOOR
NEW YORK, NY  10022
646-661-2024

SUBJECT:   ROBERTO HLACE
           Our Case No: 3882323
           Case No 21MC00801

Dear DAVID M LEVINE ESQ:

A subpoena addressed to HSBC USA Inc was received in our office on or around 11-January-2022.

If your intention was to serve your subpoena upon HSBC Bank USA NA then please re-serve your subpoena with the proper entity name.

Please visit HSBC.com, select the Go local drop down box and choose the USA option to see if one of our other entities may be responsible for maintaining these records.

Should you have questions, please contact us at 877-874-2403.

Sincerely,

Legal Paper Processing Department

**HSBC Bank, USA, NA**
P.O. Box 1145, Buffalo, NY 14240

SUB050